**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Breanna Whitley Fernandez-Crawford,<br><br>*Debtor*. | Case No. 26-14300-PMM<br>Chapter 13 |

**CERTIFICATION OF SERVICE**

I, Michael A. Cibik, certify that on October 16, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the CM/ECF system:

- Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: October 16, 2026

/s/ Michael A. Cibik

Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**Method of Service - CM/ECF:**

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

**Kenneth E. West**
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

# Method of Service - First Class Mail

ABC Bail Bonds, Inc.
c/o Shanna Lyn Spiro, Esq
215 West Bridge St.
Morrisville, PA 19067

Affirm, Inc.
Attn: Bankruptcy
30 Isabella St Floor 4
Pittsburgh, PA 15212-5862

American Honda Finance
Attn: Bankruptcy
PO Box 168088
Irving, TX 75016

Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285

Cornerstone
PO Box 82561
Lincoln, NE 68501

FlexPay
Attn: Bankruptcy
7755 Montgomery Rd
Cincinnati, OH 45236-4291

LifeStance Health Inc.
4800 N Scottsdale Rd Ste 6000
Scottsdale, AZ 85251-7616

PGW
Legal - Bankruptcy Unit
800 W Montgomery Ave Fl 3
Philadelphia, PA 19122-2806

Philadelphia Parking Authority
Bankruptcy Department
701 Market St
Philadelphia, PA 19106-1538

Prosper Funding LLC
221 Main Street Suite 300
San Francisco, CA 94105

Spectrum Health Services
1415 N Broad St
Philadelphia, PA 19122-3323

Upgrade, Inc.
Attn: Bankruptcy
2 N Central Ave Fl 10
Phoenix, AZ 85004-2322

Upst/Drb
DR Bank Loan Operations, Attn:
Bankruptcy P.O. Box 1503
San Carlos, CA 94070

Washington DC Dept of Motor Vehicles
95 M St Se
Washington, DC 20003