# Payslip

## Earnings and Deductions



CITY OF PHILADELPHIA

Breanna Fernandez-Crawford
5617 Sansom Street
Philadelphia, PA 19139
US

| | |
|---|---|
| Employee Number | [redacted] |
| Department | DHS Dept of Human Services |
| Location | One Parkway Bldg, 5th Fl |
| Payperiod Ending | 2026/08/16 |
| Date Payable | 2026/08/21 |
| Payment Method | Direct Deposit |

| Current Earnings | Hours | Amount |
|---|---|---|
| Time Entry Wages | 65.40 | 2,314.20 |
| Certified Sick | 6.50 | 230.00 |
| Third Shift | 65.40 | 173.70 |
| Gross Current Earnings | | 2,717.90 |

| Taxes | Current | YTD |
|---|---|---|
| Federal Tax | 208.48 | 5,012.09 |
| Social Security | 166.86 | 3,253.20 |
| Medicare | 39.03 | 760.83 |
| PA State Tax | 82.62 | 1,610.84 |
| PA Unemployment | 1.88 | 36.73 |
| Philadelphia | 101.51 | 1,978.66 |

| Retro Earnings | Hours | Amount |
|---|---|---|
| Gross Retro Earnings | | |

| Pre Tax Deductions | Current | YTD |
|---|---|---|
| Med Ded Pretax | 26.62 | 452.54 |
| Pen_Plan S16 | 155.19 | 2,991.45 |
| Def Comp Flat | 100.00 | 1,700.00 |

| Total Earnings | Current | YTD |
|---|---|---|
| Gross Earnings | 2,717.90 | 52,923.45 |
| Net Earnings | 1,758.12 | 33,688.08 |

| Post Tax Deductions | Current | YTD |
|---|---|---|
| Deferred Comp Loan | 42.09 | 715.53 |
| Union Dues | 35.50 | 603.50 |

| Pension Plan | YTD | LTD |
|---|---|---|
| Plan S16 | 2,991.45 | 13,664.87 |

The Accrual Balances below are effective as of the pay period ending date shown above on this pay stub. Any leave earned or used after the pay period ending date are not reflected in these balances.

| Accruals | Net Entitlement |
|---|---|
| Admin Leave (Expires 30-Jun-2027) | 37.50 |
| Catastrophic Leave | 0.00 |
| Comp Time | -7.50 |
| Family Support | 0.00 |
| Emergency Comp | 0.00 |
| FMLA | 0.00 |
| Holiday Comp | 0.24 |
| Military Caregiver | 0.00 |
| Military Leave | 225.00 |
| Pandemic Leave | 0.00 |
| Parental Leave | 0.00 |
| Sick | 9.42 |
| Special Comp | 0.00 |
| Vacation | 17.80 |

**FMLA /Parental Leave balances are based upon usage in an Individual Rolling Calendar. Please see your Departmental Human Resource for additional information.**

# Payslip

**Earnings and Deductions**



CITY OF PHILADELPHIA

Breanna Fernandez-Crawford
5617 Sansom Street
Philadelphia, PA 19139
US

| | |
|---|---|
| Employee Number | [redacted] |
| Department | DHS Dept of Human Services |
| Location | One Parkway Bldg, 5th Fl |
| Payperiod Ending | 2026/08/30 |
| Date Payable | 2026/09/04 |
| Payment Method | Pay Check |

| Current Earnings | Hours | Amount |
|---|---|---|
| Time Entry Wages | 66.50 | 2,353.13 |
| Uncertified Sick | 7.50 | 265.39 |
| Vacation | 1.00 | 35.39 |
| Legal Aid | 0.00 | 15.00 |
| Third Shift | 66.50 | 176.62 |
| Gross Current Earnings | | 2,845.53 |

| Taxes | Current | YTD |
|---|---|---|
| Federal Tax | 223.03 | 5,235.12 |
| Social Security | 174.77 | 3,427.97 |
| Medicare | 40.87 | 801.70 |
| PA State Tax | 86.54 | 1,697.38 |
| PA Unemployment | 1.97 | 38.70 |
| Philadelphia | 106.28 | 2,084.94 |

| Retro Earnings | Hours | Amount |
|---|---|---|
| Gross Retro Earnings | | |

| Pre Tax Deductions | Current | YTD |
|---|---|---|
| Med Ded Pretax | 26.62 | 479.16 |
| Pen_Plan S16 | 161.62 | 3,153.07 |
| Def Comp Flat | 100.00 | 1,800.00 |

| Total Earnings | Current | YTD |
|---|---|---|
| Gross Earnings | 2,845.53 | 55,768.98 |
| Net Earnings | 1,831.24 | 35,519.32 |

| Post Tax Deductions | Current | YTD |
|---|---|---|
| Union Dues | 35.50 | 639.00 |
| Deferred Comp Loan | 42.09 | 757.62 |

## Accruals

The Accrual Balances below are effective as of the pay period ending date shown above on this pay stub. Any leave earned or used after the pay period ending date are not reflected in these balances.

| Accruals | Net Entitlement |
|---|---|
| Admin Leave (Expires 30-Jun-2027) | 37.50 |
| Catastrophic Leave | 0.00 |
| Comp Time | -7.50 |
| Family Support | 0.00 |
| Emergency Comp | 0.00 |
| FMLA | 0.00 |
| Holiday Comp | 0.24 |
| Military Caregiver | 0.00 |
| Military Leave | 225.00 |
| Pandemic Leave | 0.00 |
| Parental Leave | 0.00 |
| Sick | 1.92 |
| Special Comp | 0.00 |
| Vacation | 16.80 |

| Pension Plan | YTD | LTD |
|---|---|---|
| Plan S16 | 3,153.07 | 13,826.49 |

**FMLA /Parental Leave balances are based upon usage in an Individual Rolling Calendar. Please see your Departmental Human Resource for additional information.**

# Payslip
## Earnings and Deductions



CITY OF PHILADELPHIA

**Breanna Fernandez-Crawford**
**5617 Sansom Street**
**Philadelphia, PA 19139**
**US**

| | |
|---|---|
| Employee Number | [redacted] |
| Department | DHS Dept of Human Services |
| Location | One Parkway Bldg, 5th Fl |
| Payperiod Ending | 2026/09/13 |
| Date Payable | 2026/09/18 |
| Payment Method | Direct Deposit |

| Current Earnings | Hours | Amount |
|---|---|---|
| Time Entry Wages | 75.40 | 2,668.08 |
| Holiday Worked 1_5 | 8.00 | 424.62 |
| Holiday Cash | 7.50 | 265.39 |
| Overtime 1_5 | 29.50 | 1,565.78 |
| Third Shift | 73.40 | 194.95 |
| Gross Current Earnings | | 5,118.82 |

| Taxes | Current | YTD |
|---|---|---|
| Federal Tax | 694.67 | 5,929.79 |
| Social Security | 315.72 | 3,743.69 |
| Medicare | 73.84 | 875.54 |
| PA State Tax | 156.33 | 1,853.71 |
| PA Unemployment | 3.57 | 42.27 |
| Philadelphia | 191.19 | 2,276.13 |

| Retro Earnings | Hours | Amount |
|---|---|---|
| Gross Retro Earnings | | |

| Pre Tax Deductions | Current | YTD |
|---|---|---|
| Med Ded Pretax | 26.62 | 505.78 |
| Pen_Plan S16 | 292.28 | 3,445.35 |
| Def Comp Flat | 100.00 | 1,900.00 |

| Total Earnings | Current | YTD |
|---|---|---|
| Gross Earnings | 5,118.82 | 60,887.80 |
| Net Earnings | 3,161.26 | 38,680.58 |

| Post Tax Deductions | Current | YTD |
|---|---|---|
| Union Dues | 35.50 | 674.50 |
| Deferred Comp Loan | 67.84 | 825.46 |

**Accruals** — **Net Entitlement**

The Accrual Balances below are effective as of the pay period ending date shown above on this pay stub. Any leave earned or used after the pay period ending date are not reflected in these balances.

| Accruals | Net Entitlement |
|---|---|
| Admin Leave (Expires 30-Jun-2027) | 37.50 |
| Catastrophic Leave | 0.00 |
| Comp Time | -7.50 |
| Family Support | 0.00 |
| Emergency Comp | 0.00 |
| FMLA | 0.00 |
| Holiday Comp | 0.24 |
| Military Caregiver | 0.00 |
| Military Leave | 225.00 |
| Pandemic Leave | 0.00 |
| Parental Leave | 0.00 |
| Sick | 11.30 |
| Special Comp | 0.00 |
| Vacation | 23.05 |

| Pension Plan | YTD | LTD |
|---|---|---|
| Plan S16 | 3,445.35 | 14,118.77 |

**FMLA /Parental Leave balances are based upon usage in an Individual Rolling Calendar. Please see your Departmental Human Resource for additional information.**

CITY OF PHILADELPHIA

# Payslip
## Earnings and Deductions



Breanna Fernandez-Crawford
5617 Sansom Street
Philadelphia, PA 19139
US

| | |
|---|---|
| Employee Number | [redacted] |
| Department | DHS Dept of Human Services |
| Location | One Parkway Bldg, 5th Fl |
| Payperiod Ending | 2026/09/27 |
| Date Payable | 2026/10/02 |
| Payment Method | Direct Deposit |

| Current Earnings | Hours | Amount |
|---|---|---|
| Time Entry Wages | 7.50 | 265.39 |
| Uncertified Sick | 7.50 | 265.39 |
| Vacation | 22.50 | 796.17 |
| Legal Aid | 0.00 | 15.00 |
| Admin Leave | 37.50 | 1,326.95 |
| Third Shift | 7.50 | 19.92 |
| Gross Current Earnings | | 2,688.82 |

| Taxes | Current | YTD |
|---|---|---|
| Federal Tax | 205.30 | 6,135.09 |
| Social Security | 165.05 | 3,908.74 |
| Medicare | 38.60 | 914.14 |
| PA State Tax | 81.73 | 1,935.44 |
| PA Unemployment | 1.86 | 44.13 |
| Philadelphia | 100.43 | 2,376.56 |

| Retro Earnings | Hours | Amount |
|---|---|---|
| Gross Retro Earnings | | |

| Pre Tax Deductions | Current | YTD |
|---|---|---|
| Med Ded Pretax | 26.62 | 532.40 |
| Pen_Plan S16 | 152.68 | 3,598.03 |
| Def Comp Flat | 100.00 | 2,000.00 |

| Total Earnings | Current | YTD |
|---|---|---|
| Gross Earnings | 2,688.82 | 63,576.62 |
| Net Earnings | 1,698.21 | 40,378.79 |

| Post Tax Deductions | Current | YTD |
|---|---|---|
| Union Dues | 35.50 | 710.00 |
| Deferred Comp Loan | 67.84 | 893.30 |

| Accruals | Net Entitlement |
|---|---|
| The Accrual Balances below are effective as of the pay period ending date shown above on this pay stub. Any leave earned or used after the pay period ending date are not reflected in these balances. | |
| Admin Leave | 0.00 |
| Catastrophic Leave | 0.00 |
| Comp Time | -7.50 |
| Family Support | 0.00 |
| Emergency Comp | 0.00 |
| FMLA | 0.00 |
| Holiday Comp | 0.24 |
| Military Caregiver | 0.00 |
| Military Leave | 225.00 |
| Pandemic Leave | 0.00 |
| Parental Leave | 0.00 |
| Sick | 3.80 |
| Special Comp | 0.00 |
| Vacation | 0.55 |

| Pension Plan | YTD | LTD |
|---|---|---|
| Plan S16 | 3,598.03 | 14,271.45 |

**FMLA /Parental Leave balances are based upon usage in an Individual Rolling Calendar. Please see your Departmental Human Resource for additional information.**

# Payslip

## Earnings and Deductions



CITY OF PHILADELPHIA

Breanna Fernandez-Crawford
5617 Sansom Street
Philadelphia, PA 19139
US

| | |
|---|---|
| Employee Number | [redacted] |
| Department | DHS Dept of Human Services |
| Location | One Parkway Bldg, 5th Fl |
| Payperiod Ending | 2026/10/11 |
| Date Payable | 2026/10/16 |
| Payment Method | Direct Deposit |

| Current Earnings | Hours | Amount |
|---|---|---|
| Time Entry Wages | 68.30 | 2,416.83 |
| Overtime 1_5 | 15.00 | 796.16 |
| Assume Time | 7.50 | 265.39 |
| Third Shift | 59.30 | 157.50 |
| Gross Current Earnings | | 3,635.88 |

| Taxes | Current | YTD |
|---|---|---|
| Federal Tax | 412.66 | 6,547.75 |
| Social Security | 223.78 | 4,132.52 |
| Medicare | 52.34 | 966.48 |
| PA State Tax | 110.80 | 2,046.24 |
| PA Unemployment | 2.53 | 46.66 |
| Philadelphia | 135.80 | 2,512.36 |

| Retro Earnings | Hours | Amount |
|---|---|---|
| Gross Retro Earnings | | |

| Pre Tax Deductions | Current | YTD |
|---|---|---|
| Med Ded Pretax | 26.62 | 559.02 |
| Pen_Plan S16 | 89.84 | 3,687.87 |
| Def Comp Flat | 100.00 | 2,100.00 |

| Total Earnings | Current | YTD |
|---|---|---|
| Gross Earnings | 3,635.88 | 67,212.50 |
| Net Earnings | 2,378.17 | 42,756.96 |

| Post Tax Deductions | Current | YTD |
|---|---|---|
| Union Dues | 35.50 | 745.50 |
| Deferred Comp Loan | 67.84 | 961.14 |

**Accruals** — **Net Entitlement**

The Accrual Balances below are effective as of the pay period ending date shown above on this pay stub. Any leave earned or used after the pay period ending date are not reflected in these balances.

| Accruals | Net Entitlement |
|---|---|
| Admin Leave | 0.00 |
| Catastrophic Leave | 0.00 |
| Comp Time | -7.50 |
| Family Support | 0.00 |
| Emergency Comp | 0.00 |
| FMLA | 0.00 |
| Holiday Comp | 0.24 |
| Military Caregiver | 0.00 |
| Military Leave | 225.00 |
| Pandemic Leave | 0.00 |
| Parental Leave | 0.00 |
| Sick | 3.80 |
| Special Comp | 0.00 |
| Vacation | 0.55 |

| Pension Plan | YTD | LTD |
|---|---|---|
| Plan S16 | 3,687.87 | 14,361.29 |

**FMLA /Parental Leave balances are based upon usage in an Individual Rolling Calendar. Please see your Departmental Human Resource for additional information.**

[redacted] [redacted] [redacted] 0000330311 1

# Earnings Statement

ADP

*DAILY DOVE CARE*
*1811 COTTMAN AVE*
*PHILADELPHIA, PA 1911-3804*

Period Beginning: 08/02/2026
Period Ending: 08/08/2026
Pay Date: 08/14/2026

Filing Status: Single/Married filing separately
Exemptions/Allowances:
Federal: Standard Withholding Table

**BREANNA FERNANDEZ-CRAWFORD**
**5617 SANSOM ST**
**1**
**PHILADELPHIA PA 19139**

## Earnings

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 16.0000 | 33.75 | 540.00 | 11,096.00 |
| HOLIDAY PAY | | | | 164.00 |
| Prior Hrs Reg | | | | 800.00 |
| **Gross Pay** | | | **$540.00** | 12,060.00 |

## Deductions

| Statutory | this period | year to date |
|---|---|---|
| Federal Income Tax | -21.42 | 504.33 |
| Social Security Tax | -33.48 | 747.72 |
| Medicare Tax | -7.83 | 174.87 |
| PA State Income Tax | -16.58 | 370.24 |
| Philadelphia Income Tax | -20.17 | 450.87 |
| PA SUI Tax | -0.38 | 8.44 |
| **Other** | | |
| 401K | -16.20* | 361.80 |
| **Net Pay** | **$423.94** | |
| CHECKING | -423.94 | |
| **Net Check** | **$0.00** | |

*** Excluded from federal taxable wages**
Your federal taxable wages this period are $523.80

## Other Benefits and Information

| | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 33.75 | |

## Important Notes

(215) 809-1639

BASIS OF PAY: HOURLY

## Additional Tax Withholding Information

Taxable Marital Status:
PA: Single

© 2000 ADP, Inc.

DAILY DOVE CARE
1811 COTTMAN AVE
PHILADELPHIA, PA 1911-3804

**Advice number:** **00000330311**
Pay date: 08/14/2026

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **BREANNA FERNANDEZ-CRAWFORD** | xxxxx2665 | xxxx xxxx | $423.94 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

[redacted] 0000340307

# Earnings Statement

*DAILY DOVE CARE*
*1811 COTTMAN AVE*
*PHILADELPHIA, PA 1911-3804*

Period Beginning: 08/09/2026
Period Ending: 08/15/2026
Pay Date: 08/21/2026

Filing Status: Single/Married filing separately
Exemptions/Allowances:
Federal: Standard Withholding Table

**BREANNA FERNANDEZ-CRAWFORD**
**5617 SANSOM ST**
**1**
**PHILADELPHIA PA 19139**

## Earnings

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 16.0000 | 35.00 | 560.00 | 11,656.00 |
| HOLIDAY PAY | | | | 164.00 |
| Prior Hrs Reg | | | | 800.00 |
| Gross Pay | | | $560.00 | 12,620.00 |

## Deductions

| Statutory | this period | year to date |
|---|---|---|
| Federal Income Tax | -23 .36 | 527.69 |
| Social Security Tax | -34 .72 | 782.44 |
| Medicare Tax | -8 .12 | 182.99 |
| PA State Income Tax | -17 .19 | 387.43 |
| Philadelphia Income Tax | -20 .92 | 471.79 |
| PA SUI Tax | -0 .39 | 8.83 |
| **Other** | | |
| 401K | -16 .80* | 378.60 |
| Net Pay | $438.50 | |
| CHECKING | -438 .50 | |
| Net Check | $0.00 | |

*** Excluded from federal taxable wages**
Your federal taxable wages this period are $543.20

## Other Benefits and Information

| | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 35.00 | |

## Important Notes

(215) 809-1639

BASIS OF PAY: HOURLY

## Additional Tax Withholding Information

Taxable Marital Status:
PA: Single

© 2000 ADP, Inc.

DAILY DOVE CARE
1811 COTTMAN AVE
PHILADELPHIA , PA 1911-3804

**Advice number:** **00000340307**
Pay date: 08/21/2026

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **BREANNA FERNANDEZ-CRAWFORD** | xxxxx2665 | xxxx xxxx | $438.50 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

CO. FILE DEPT. CLOCK VCHR. NO. 020
[redacted] 0000350308 1

# Earnings Statement

*DAILY DOVE CARE*
*1811 COTTMAN AVE*
*PHILADELPHIA, PA 1911-3804*

Period Beginning: 08/16/2026
Period Ending: 08/22/2026
Pay Date: 08/28/2026

Filing Status: Single/Married filing separately
Exemptions/Allowances:
Federal: Standard Withholding Table

**BREANNA FERNANDEZ-CRAWFORD**
**5617 SANSOM ST**
**1**
**PHILADELPHIA PA 19139**

## Earnings

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 16.0000 | 35.00 | 560.00 | 12,216.00 |
| HOLIDAY PAY | | | | 164.00 |
| Prior Hrs Reg | | | | 800.00 |
| **Gross Pay** | | | **$560.00** | 13,180.00 |

## Deductions

| Statutory | this period | year to date |
|---|---|---|
| Federal Income Tax | -23.36 | 551.05 |
| Social Security Tax | -34.72 | 817.16 |
| Medicare Tax | -8.12 | 191.11 |
| PA State Income Tax | -17.19 | 404.62 |
| Philadelphia Income Tax | -20.92 | 492.71 |
| PA SUI Tax | -0.40 | 9.23 |
| **Other** | | |
| 401K | -16.80* | 395.40 |
| **Net Pay** | **$438.49** | |
| CHECKING | -438.49 | |
| **Net Check** | **$0.00** | |

*** Excluded from federal taxable wages**
Your federal taxable wages this period are $543.20

## Other Benefits and Information

| | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 35.00 | |

## Important Notes

(215) 809-1639

BASIS OF PAY: HOURLY

## Additional Tax Withholding Information

Taxable Marital Status:
PA: Single

© 2000 ADP, Inc.

DAILY DOVE CARE
1811 COTTMAN AVE
PHILADELPHIA , PA 1911-3804

**Advice number:** **00000350308**
Pay date: 08/28/2026

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **BREANNA FERNANDEZ-CRAWFORD** | xxxxx2665 | xxxx xxxx | $438.49 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

CO. FILE DEPT. CLOCK VCHR. NO. 020
[redacted] 0000360305 1

# Earnings Statement

ADP

*DAILY DOVE CARE*
*1811 COTTMAN AVE*
*PHILADELPHIA, PA 1911-3804*

Period Beginning: 08/23/2026
Period Ending: 08/29/2026
Pay Date: 09/04/2026

Filing Status: Single/Married filing separately
Exemptions/Allowances:
Federal: Standard Withholding Table

**BREANNA FERNANDEZ-CRAWFORD**
**5617 SANSOM ST**
**1**
**PHILADELPHIA PA 19139**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 16.0000 | 34.75 | 556.00 | 12,772.00 |
| HOLIDAY PAY | | | | 164.00 |
| Prior Hrs Reg | | | | 800.00 |
| **Gross Pay** | | | **$556.00** | 13,736.00 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -22.97 | 574.02 |
| | Social Security Tax | -34.47 | 851.63 |
| | Medicare Tax | -8.06 | 199.17 |
| | PA State Income Tax | -17.07 | 421.69 |
| | Philadelphia Income Tax | -20.77 | 513.48 |
| | PA SUI Tax | -0.39 | 9.62 |
| | **Other** | | |
| | 401K | -16.68* | 412.08 |
| | **Net Pay** | **$435.59** | |
| | CHECKING | -435.59 | |
| | **Net Check** | **$0.00** | |

*** Excluded from federal taxable wages**
Your federal taxable wages this period are $539.32

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 34.75 | |

**Important Notes**
(215) 809-1639

BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
PA: Single

© 2000 ADP, Inc.

DAILY DOVE CARE
1811 COTTMAN AVE
PHILADELPHIA , PA 1911-3804

**Advice number:** **00000360305**
Pay date: 09/04/2026

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **BREANNA FERNANDEZ-CRAWFORD** | xxxxx2665 | xxxx xxxx | $435.59 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

[redacted] 00000370305

# Earnings Statement

DAILY DOVE CARE
1811 COTTMAN AVE
PHILADELPHIA, PA 1911-3804

Period Beginning: 08/30/2026
Period Ending: 09/05/2026
Pay Date: 09/11/2026

Filing Status: Single/Married filing separately
Exemptions/Allowances:
Federal: Standard Withholding Table

**BREANNA FERNANDEZ-CRAWFORD**
**5617 SANSOM ST**
**1**
**PHILADELPHIA PA 19139**

## Earnings

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 16.0000 | 25.00 | 400.00 | 13,172.00 |
| HOLIDAY PAY | | | | 164.00 |
| Prior Hrs Reg | | | | 800.00 |
| Gross Pay | | | $400.00 | 14,136.00 |

## Deductions

| Statutory | this period | year to date |
|---|---|---|
| Federal Income Tax | -7.84 | 581.86 |
| Social Security Tax | -24.80 | 876.43 |
| Medicare Tax | -5.80 | 204.97 |
| PA State Income Tax | -12.28 | 433.97 |
| Philadelphia Income Tax | -14.94 | 528.42 |
| PA SUI Tax | -0.28 | 9.90 |
| **Other** | | |
| 401K | -12.00* | 424.08 |
| **Net Pay** | **$322.06** | |
| CHECKING | -322.06 | |
| **Net Check** | **$0.00** | |

*** Excluded from federal taxable wages**
Your federal taxable wages this period are $388.00

## Other Benefits and Information

| | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 25.00 | |

## Important Notes

(215) 809-1639

BASIS OF PAY: HOURLY

## Additional Tax Withholding Information

Taxable Marital Status:
PA: Single

© 2000 ADP, Inc.

DAILY DOVE CARE
1811 COTTMAN AVE
PHILADELPHIA, PA 1911-3804

**Advice number:** **00000370305**
Pay date: 09/11/2026

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| BREANNA FERNANDEZ-CRAWFORD | xxxxx2665 | xxxx xxxx | $322.06 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

[redacted] C [redacted] [redacted] 0000380306

# Earnings Statement

*DAILY DOVE CARE*
*1811 COTTMAN AVE*
*PHILADELPHIA, PA 1911-3804*

Period Beginning: 09/06/2026
Period Ending: 09/12/2026
Pay Date: 09/18/2026

Filing Status: Single/Married filing separately
Exemptions/Allowances:
Federal: Standard Withholding Table

**BREANNA FERNANDEZ-CRAWFORD**
**5617 SANSOM ST**
**1**
**PHILADELPHIA PA 19139**

## Earnings

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 16.0000 | 25.00 | 400.00 | 13,572.00 |
| HOLIDAY PAY | | | 50.00 | 214.00 |
| Prior Hrs Reg | | | | 800.00 |
| Gross Pay | | | $450.00 | 14,586.00 |

## Deductions

| Statutory | this period | year to date |
|---|---|---|
| Federal Income Tax | -12.69 | 594.55 |
| Social Security Tax | -27.90 | 904.33 |
| Medicare Tax | -6.53 | 211.50 |
| PA State Income Tax | -13.82 | 447.79 |
| Philadelphia Income Tax | -16.81 | 545.23 |
| PA SUI Tax | -0.31 | 10.21 |
| **Other** | | |
| 401K | -13.50* | 437.58 |
| Net Pay | $358.44 | |
| CHECKING | -358.44 | |
| Net Check | $0.00 | |

*** Excluded from federal taxable wages**
Your federal taxable wages this period are $436.50

## Other Benefits and Information

| | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 25.00 | |

## Important Notes

(215) 809-1639

BASIS OF PAY: HOURLY

## Additional Tax Withholding Information

Taxable Marital Status:
PA: Single

© 2000 ADP, Inc.

DAILY DOVE CARE
1811 COTTMAN AVE
PHILADELPHIA , PA 1911-3804

**Advice number:** **00000380306**
Pay date: 09/18/2026

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **BREANNA FERNANDEZ-CRAWFORD** | xxxxx2665 | xxxx xxxx | $358.44 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

EKC [redacted] [redacted] [redacted]

# Earnings Statement

*DAILY DOVE CARE*
*1811 COTTMAN AVE*
*PHILADELPHIA, PA 1911-3804*

Period Beginning: 09/13/2026
Period Ending: 09/19/2026
Pay Date: 09/25/2026

Filing Status: Single/Married filing separately
Exemptions/Allowances:
Federal: Standard Withholding Table

**BREANNA FERNANDEZ-CRAWFORD**
**5617 SANSOM ST**
**1**
**PHILADELPHIA PA 19139**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 16.0000 | 29.75 | 476.00 | 14,048.00 |
| HOLIDAY PAY | | | | 214.00 |
| Prior Hrs Reg | | | | 800.00 |
| **Gross Pay** | | | **$476.00** | 15,062.00 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -15.21 | 609.76 |
| | Social Security Tax | -29.51 | 933.84 |
| | Medicare Tax | -6.90 | 218.40 |
| | PA State Income Tax | -14.61 | 462.40 |
| | Philadelphia Income Tax | -17.78 | 563.01 |
| | PA SUI Tax | -0.33 | 10.54 |
| | **Other** | | |
| | 401K | -14.28* | 451.86 |
| | **Net Pay** | **$377.38** | |
| | CHECKING | -377.38 | |
| | **Net Check** | **$0.00** | |

*** Excluded from federal taxable wages**
Your federal taxable wages this period are $461.72

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 29.75 | |

## Important Notes

(215) 809-1639

BASIS OF PAY: HOURLY

## Additional Tax Withholding Information

Taxable Marital Status:
PA: Single

© 2000 ADP, Inc.

DAILY DOVE CARE
1811 COTTMAN AVE
PHILADELPHIA, PA 1911-3804

**Advice number:** **00000390309**
Pay date: 09/25/2026

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| BREANNA FERNANDEZ-CRAWFORD | xxxxx2665 | xxxx xxxx | $377.38 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

[redacted] KC [redacted] [redacted] [redacted]

# Earnings Statement

*DAILY DOVE CARE*
*1811 COTTMAN AVE*
*PHILADELPHIA, PA 1911-3804*

Period Beginning: 09/20/2026
Period Ending: 09/26/2026
Pay Date: 10/02/2026

Filing Status: Single/Married filing separately
Exemptions/Allowances:
Federal: Standard Withholding Table

**BREANNA FERNANDEZ-CRAWFORD**
**5617 SANSOM ST**
**1**
**PHILADELPHIA PA 19139**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 16.0000 | 34.75 | 556.00 | 14,604.00 |
| HOLIDAY PAY | | | | 214.00 |
| Prior Hrs Reg | | | | 800.00 |
| **Gross Pay** | | | **$556.00** | 15,618.00 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -22.97 | 632.73 |
| | Social Security Tax | -34.48 | 968.32 |
| | Medicare Tax | -8.06 | 226.46 |
| | PA State Income Tax | -17.07 | 479.47 |
| | Philadelphia Income Tax | -20.77 | 583.78 |
| | PA SUI Tax | -0.39 | 10.93 |
| | **Other** | | |
| | 401K | -16.68* | 468.54 |
| | **Net Pay** | **$435.58** | |
| | DailyPay | -435.58 | |
| | **Net Check** | **$0.00** | |

*** Excluded from federal taxable wages**
Your federal taxable wages this period are $539.32

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 34.75 | |

## Important Notes

(215) 809-1639

BASIS OF PAY: HOURLY

## Additional Tax Withholding Information

Taxable Marital Status:
PA: Single

© 2000 ADP, Inc.

DAILY DOVE CARE
1811 COTTMAN AVE
PHILADELPHIA, PA 1911-3804

**Advice number:** **00000400308**
Pay date: 10/02/2026

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| BREANNA FERNANDEZ-CRAWFORD | xxxxxxxxxxxx3079 | xxxx xxxx | $435.58 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

EKC [redacted] [redacted] [redacted]

# Earnings Statement

ADP

*DAILY DOVE CARE*
*1811 COTTMAN AVE*
*PHILADELPHIA, PA 1911-3804*

Period Beginning: 09/27/2026
Period Ending: 10/03/2026
Pay Date: 10/09/2026

Filing Status: Single/Married filing separately
Exemptions/Allowances:
Federal: Standard Withholding Table

**BREANNA FERNANDEZ-CRAWFORD**
**5617 SANSOM ST**
**1**
**PHILADELPHIA PA 19139**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 16.0000 | 34.75 | 556.00 | 15,160.00 |
| HOLIDAY PAY | | | | 214.00 |
| Prior Hrs Reg | | | | 800.00 |
| **Gross Pay** | | | **$556.00** | 16,174.00 |

| Deductions | | this period | year to date |
|---|---|---|---|
| | **Statutory** | | |
| | Federal Income Tax | -22.97 | 655.70 |
| | Social Security Tax | -34.47 | 1,002.79 |
| | Medicare Tax | -8.06 | 234.52 |
| | PA State Income Tax | -17.07 | 496.54 |
| | Philadelphia Income Tax | -20.77 | 604.55 |
| | PA SUI Tax | -0.39 | 11.32 |
| | **Other** | | |
| | 401K | -16.68* | 485.22 |
| | **Net Pay** | **$435.59** | |
| | DailyPay | -435.59 | |
| | **Net Check** | **$0.00** | |

* **Excluded from federal taxable wages**
Your federal taxable wages this period are $539.32

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 34.75 | |

**Important Notes**

(215) 809-1639

BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**

Taxable Marital Status:
PA: Single

© 2000 ADP, Inc.

DAILY DOVE CARE
1811 COTTMAN AVE
PHILADELPHIA, PA 1911-3804

**Advice number:** **00000410309**
Pay date: 10/09/2026

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **BREANNA FERNANDEZ-CRAWFORD** | xxxxxxxxxxxx3079 | xxxx xxxx | $435.59 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

EKC [redacted] [redacted] [redacted]

# Earnings Statement

ADP

*DAILY DOVE CARE*
*1811 COTTMAN AVE*
*PHILADELPHIA, PA 1911-3804*

Period Beginning: 10/04/2026
Period Ending: 10/10/2026
Pay Date: 10/16/2026

Filing Status: Single/Married filing separately
Exemptions/Allowances:
Federal: Standard Withholding Table

**BREANNA FERNANDEZ-CRAWFORD**
**5617 SANSOM ST**
**1**
**PHILADELPHIA PA 19139**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 16.0000 | 14.75 | 236.00 | 15,396.00 |
| HOLIDAY PAY | | | | 214.00 |
| Prior Hrs Reg | | | | 800.00 |
| **Gross Pay** | | | **$236.00** | 16,410.00 |

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| | Social Security Tax | -14.63 | 1,017.42 |
| | Medicare Tax | -3.43 | 237.95 |
| | PA State Income Tax | -7.25 | 503.79 |
| | Philadelphia Income Tax | -8.81 | 613.36 |
| | PA SUI Tax | -0.17 | 11.49 |
| | Federal Income Tax | | 655.70 |
| **Other** | | | |
| | 401K | -7.08* | 492.30 |
| | **Net Pay** | **$194.63** | |
| | DailyPay | -194.63 | |
| | **Net Check** | **$0.00** | |

* **Excluded from federal taxable wages**
Your federal taxable wages this period are $228.92

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 14.75 | |

**Important Notes**

(215) 809-1639

BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**

| Taxable | Marital Status: |
|---|---|
| PA: | Single |

© 2000 ADP, Inc.

DAILY DOVE CARE
1811 COTTMAN AVE
PHILADELPHIA, PA 1911-3804

**Advice number:** **00000420304**
Pay date: 10/16/2026

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **BREANNA FERNANDEZ-CRAWFORD** | xxxxxxxxxxxx3079 | xxxx xxxx | $194.63 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**